## MYERS v. BROCKMAN.

Court of Appeals of Kentucky.

(Decided April 25, 1933.)

BEN V. SMITH & SON for movant.

DENTON & PERKINS, opposed.

PER CURIAM.

Appeal denied; judgment affirmed.

## CROOK CORPORATION v. COMMONWEALTH.

Court of Appeals of Kentucky.

(Decided May 2, 1933.)

R. W. LISANBY for movant.

BAILEY P. WOOTTON, Attorney General, and WM. R. ATTKIS-SON, Assistant Attorney General, for the Commonwealth.

PER CURIAM.

Appeal denied; judgment affirmed.